Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only___

ENTERED
JUN - 7 2000
CV

FILED
CLERK, U.S. DISTRICT COURT

JUN - 6 2000

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

| | |
|---|---|
| OMER HARLAND GALLION,<br><br>          Petitioner,<br><br>vs.<br><br>GEORGE GALAZA, Warden,<br><br>          Respondent. | Case No. SACV 00-491 GLT (JWJ)<br>(formerly<br>Case No. CV 98-9517 RAP (JWJ))<br><br>**ORDER TO SHOW CAUSE<br>RE LODGING OF<br>DOCUMENTS** |

In a Minute Order dated October 20, 1999, the Court ordered respondent to lodge all state records pertinent to this action, as follows:

> As previously ordered in this Court's "Order Requiring Answer to Petition for Writ of Habeas Corpus and Instructions re Further Proceedings" dated November 30, 1998, respondent shall lodge with the court all state records pertinent to each claim addressed in petitioner's Petition for Writ of Habeas Corpus including, but not limited to, transcripts of petitioner's trial, and any briefs and/or opinions concerning any direct appeals or collateral review sought by petitioner.

On October 25, 1999, respondent lodged with the Court the Reporter's Transcript on Appeal, Volumes I and II. However, the record before the Court is incomplete as to "any briefs and/or opinions concerning any direct appeals or collateral review sought by petitioner." Specifically, it does not appear that

1  respondent has lodged with the Court a copy of petitioner's Petition for Writ of

2  Habeas Corpus filed with the California Supreme Court on May 30, 1997 in case no.

3  S061756.  (See Petition, pp. 4-5.)  It also does not appear that respondent has lodged

4  with the Court a copy of the California Supreme Court's decision in case no.

5  S061756 denying petitioner's habeas application.

6      Furthermore, it appears that no Clerk's Transcript(s) from petitioner's

7  appeal(s), if such exists, has been lodged with the Court.

8      Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

9  (1)   Respondent shall lodge with the Court within fourteen (14) days from

10       the date of this Order the following documents:

11       (a)   a copy of petitioner's Petition for Writ of Habeas Corpus to the

12             California Supreme Court, case no. S061756, including exhibits,

13             if any;

14       (b)   a copy of the California Supreme Court's decision in case no.

15             S061756 denying petitioner's habeas application; and

16       (c)   a copy of any Clerk's Transcript(s) from petitioner's appeal(s), if

17             such exists; and

18  (2)   Respondent shall lodge with the Court any other briefs and/or opinions

19       concerning any direct appeals or collateral review sought by petitioner

20       that are relevant to this Petition; and/or

21  (3)   Respondent shall show cause why any of the above-requested

22       documents cannot be provided.

23  **IT IS SO ORDERED**.

24

25  DATED: June 6, 2000

26

27                    JEFFREY W. JOHNSON
                       United States Magistrate Judge

28

-2-