```
 1  BILL LOCKYER
    Attorney General of the State of
 2  California
    ROBERT R. ANDERSON
 3  Chief Assistant Attorney General
    PAMELA C. HAMANAKA
 4  Senior Assistant Attorney General
    JAIME L. FUSTER
 5  Supervising Deputy Attorney General
    THOMAS C. HSIEH
 6  Deputy Attorney General
    State Bar No. 190896
 7    300 South Spring Street
      Los Angeles, CA 90013
 8    Telephone: (213) 576-1335
      Fax: (213) 897-2806
 9  Attorneys for Respondent
```

Priority  
Send ✓  
Enter  
Closed  
JS-5/JS-6  
JS-2/JS-3  
Scan Only  

FILED
CLERK, U.S. DISTRICT COURT

JAN 30 2002

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER HARLAND GALLION,<br><br>            Petitioner,<br><br>    v.<br><br>GEORGE GALAZA, Warden,<br><br>            Respondent. | SACV 00-491-GLT (JWJ)<br><br>[PROPOSED] ORDER<br><br>Magistrate Judge:<br>Hon. Jeffery W. Johnson |

Having considered Respondent's motion to continue status conference and good cause appearing, IT IS ORDERED that the motion is GRANTED and that the status conference currently scheduled for February [~~January~~] 13, 2002, at 10:30 a.m. in Courtroom C, 8th Floor of the United States District Courthouse, 312 North Spring Street, Los Angeles, California be continued to February [~~January~~] 14, 2002, at 10:00 a.m. at the same location.

Presented by:   _____
                THOMAS C. HSIEH
                Deputy Attorney General

DATED: January 30, 2002   _____
                          HON. JEFFREY W. JOHNSON

LODGED  
ENTERED ON ICMS  
FEB 28 2002  
CV

34

## DECLARATION OF SERVICE

Case Name: **GALLION v. GALAZA**          No.: SACV 00-491-GLT (JWJ)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am 18 years of age or older and not a party to the within entitled cause; I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 29, 2002, I placed the attached

**[PROPOSED] ORDER**

in the internal mail collection system at the Office of the Attorney General, 300 S. Spring Street, Los Angeles, California 90013, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage thereon fully prepaid, addressed as follows:

RICHARD DANGLER, ESQ.
3112 O STREET
SACRAMENTO, CA 95816

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on January 29, 2002, at Los Angeles, California.

THERESA A. NIXON                              *Theresa A. Nixon*
                                              Signature

DAG Hsieh:tan
LA1998FH0717