BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General
THOMAS C. HSIEH
Deputy Attorney General
State Bar No. 190896
300 South Spring Street
Los Angeles, CA 90013
Telephone: (213) 576-1335
Fax: (213) 897-2806
Attorneys for Respondent

\_\_ Priority
\_\_ Send
\_\_ Clsd
\_\_ Enter
\_\_ JS-5/JS-6
\_\_ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
MAR 11 2002
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER HARLAND GALLION, | SACV 00-491-GLT (JWJ) |
| Petitioner, | [PROPOSED] ORDER |
| v. | Magistrate Judge: Hon. Jeffery W. Johnson |
| GEORGE GALAZA, Warden, | |
| Respondent. | |

Having considered Respondent's motion for order finding Petitioner has waived attorney-client privilege, THE COURT HEREBY FINDS THAT Petitioner has waived his attorney-client privilege by raising claims of ineffective assistance of counsel in the current proceedings and state habeas proceedings.

Presented by: _____
THOMAS C. HSIEH
Deputy Attorney General

DATED: March 11, 2002  _____
HON. JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE

## DECLARATION OF SERVICE

Case Name: **GALLION v. GALAZA**          No.: **SACV 00-491-GLT (JWJ)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am 18 years of age or older and not a party to the within entitled cause; I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 11, 2002, I placed the attached

**[PROPOSED] ORDER**

in the internal mail collection system at the Office of the Attorney General, 300 S. Spring Street, Los Angeles, California 90013, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage thereon fully prepaid, addressed as follows:

RICHARD DANGLER, ESQ.
3112 O STREET
SACRAMENTO, CA 95816

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on March 11, 2002, at Los Angeles, California.

THERESA A. NIXON                    _Theresa A. Nixon_
                                    Signature

DAG Hsieh:tan
LA1998FH0717