**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CIVIL MINUTES--GENERAL

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No. SA CV00-491-GLT(JWJ)          Date: April 1, 2002

Title: Omer Harland Gallion -v- George Galaza, et al.

**DOCKET ENTRY**

PRESENT:

Hon. **JEFFREY W. JOHNSON**, UNITED STATES MAGISTRATE JUDGE

Amalia Carrillo                         None Present
Deputy Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PETITIONER/PLAINTIFF:     ATTORNEYS PRESENT FOR RESPONDENT/DEFENDANT:

None Present                                    None Present

PROCEEDINGS:   (IN CHAMBERS) RE PETITIONER'S MOTION FOR APPOINTMENT OF STRICKLAND COUNSEL AND FOR FUNDING UNDER CRIMINAL JUSTICE ACT OR OTHER POWERS OF THE COURT

The Court has reviewed the petitioner's above-entitled motion. The petitioner's motion is **DENIED**.



ENTERED ON ICMS
APR 2 2002

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk ac