| | |
|---|---|
| 1 | Law Office of Richard Dangler |
| 2 | Attorney at Law |
| | SBN: 133362 |
| 3 | 3102 O Street |
| | Sacramento, CA 95816 |
| 4 | Tel: (916) 737-3166 |
| 5 | |
| | Attorney for Petitioner |
| 6 | OMER HARLAND GALLION |

NOTE CHANGES MADE BY THE COURT.

FILED
CLERK, U.S. DISTRICT COURT
APR - 1 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
MAR 25 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OMER HARLAND GALLION, | ) | Case No. SACV 00-491 |
| | ) | GLT (JWJ) (formerly |
| | ) | Case No. CV 98-9517 |
| | ) | RAP(JWJ) |
| Petitioner, | ) | |
| | ) | Stipulation of |
| | ) | Petitioner and |
| | ) | Counsel For |
| | ) | Substitution of |
| | ) | Attorney and Order |
| | ) | thereon |
| v. | ) | |
| | ) | |
| GEORGE GALAZA, a person | ) | |
| having custody of Petitioner, | ) | 28 U.S.C. Section 2254 |
| | ) | |
| Respondent, | ) | |
| | ) | |
| And the Attorney General of | ) | |
| the State of California, | ) | |
| additional Respondent. | ) | |

ENTERED ON ICMS
APR 8 2002
CJ

NOTE CHANGES MADE BY THE COURT.

1

BY: _____
RICHARD DANGLER, Esq.

**ORDER**

The above substitution of attorney having been received:

IT IS HEREBY SO ORDERED. All previously set dates remain in effect. The court notes that this substitution is not subject to any order by the court for CJA funds. The court has denied that request in a separate order.

Dated: April 1, 2002

BY: _____
THE HONORABLE JEFFREY JOHNSON

3

Petitioner, OMER HARLAND GALLION, hereby substitutes and Requests Court approval of said substitution, Roman Rector, Esq. in place and stead of Richard Dangler, Esq. in the above captioned Habeas Corpus case.

AGREED:

Dated: 3·19-02

BY: *Omer Harland Gallion / Omer Gallion*
OMER HARLAND GALLION, Petitioner

AGREED:

Dated: 3/21/02

BY: *C. Roman Rect[or]*
ROMAN RECTOR, Esq.

AGREED:

I accept the substitution

Dated: March 21, 2002

2