UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Priority ___/
Send ___√
Enter ___
Closed ___
JS-5/JS-6 ___
Scan Only ___

Case No. SA CV00-0491-GLT(JWJ)                Date: June 19, 2002

Title: Omer Harland Gallion -v- George Galaza, Warden

**DOCKET ENTRY**

PRESENT:

Hon. **JEFFREY W. JOHNSON**, UNITED STATES MAGISTRATE JUDGE

Amalia Carrillo                        William Stephens
Deputy Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PETITIONER/PLAINTIFF:     ATTORNEYS PRESENT FOR RESPONDENT/DEFENDANT:

Christopher Roman Rector                        Thomas C. Hsieh, DAG

**PROCEEDINGS:   EVIDENTIARY HEARING**

The Court confers with counsel. A Stipulation For Authenticity of Documents and Petitioner's Memorandum of Points and Authorities in Support of Entry of Evidence; The Phone Conversations Between Catherine Halgren and Ramona Gallion are filed with the Court.

Petitioner makes opening statement.

Witness(es) called, sworn, testify: Linda Chants, Omer Harland Gallion and Phillip Robert Boche.

Exhibits are identified and admitted.

This matter is continued to **June 20, 2002 at 10:00 a.m.** for further evidentiary hearing.



MINUTES FORM 11                                              Initials of Deputy Clerk ac
CIVIL-GEN

53