# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

Case No. SA CV00-0491-GLT(JWJ)          Date: June 20, 2002

Title: Omer Harland Gallion -v- George Galaza, Warden

**DOCKET ENTRY**

PRESENT:

### Hon. JEFFREY W. JOHNSON, UNITED STATES MAGISTRATE JUDGE

Amalia Carrillo                          William Stephens
Deputy Clerk                             Court Reporter

ATTORNEYS PRESENT FOR PETITIONER/PLAINTIFF:          ATTORNEYS PRESENT FOR RESPONDENT/DEFENDANT:

Christopher Roman Rector                     Thomas C. Hsieh, DAG

PROCEEDINGS:     FURTHER EVIDENTIARY HEARING (Continued from June 19, 2002)

Resumes testimony: Robert Boche.

Witness(es) called, sworn, testify: Oscar R. Carballo and Robin Wood.

Exhibits are identified and admitted.

Petitioner and Respondent present closing arguments. Counsel shall submit further briefing on or before August 30, 2002. Thereafter, this matter shall be taken under submission.

ENTERED ON ICMS

JUN 2 1 2002

MINUTES FORM 11
CIVIL-GEN                                          Initials of Deputy Clerk ac

54