BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
BRAD D. LEVENSON
Deputy Attorney General
THOMAS C. HSIEH
Deputy Attorney General
State Bar No. 190896
 300 South Spring Street
 Los Angeles, CA 90013
 Telephone: (213) 576-1335
 Fax: (213) 897-6400
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMER HARLAND GALLION,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>GEORGE GALAZA, Warden,<br><br>　　　　　　Respondent. | CV 00-0491-GLT (JWJ)<br><br>[PROPOSED] ORDER<br><br>Magistrate Judge:<br>Hon. Jeffrey W. Johnson |

Having considered Respondent's Application for Enlargement of Time, and good cause appearing, IT IS ORDERED that the Application is GRANTED and that Respondent is granted to and including September 29, 2002, in which to file and serve the post-evidentiary hearing brief.

Presented by: _____
　　　　　　　　THOMAS C. HSIEH
　　　　　　　　Deputy Attorney General

DATED: August 26, 2002　　_____
　　　　　　　　　　　　　　HON. JEFFREY W. JOHNSON
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

## DECLARATION OF SERVICE

Case Name: **GALLION v. GALAZA**          No.: **CV 00-0491-GLT (JWJ)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am 18 years of age or older and not a party to the within entitled cause; I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 23, 2002, I placed the attached

**[PROPOSED] ORDER**

in the internal mail collection system at the Office of the Attorney General, 300 S. Spring Street, Los Angeles, California 90013, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage thereon fully prepaid, addressed as follows:

RICHARD DANGLER, ESQ.
3112 O STREET
SACRAMENTO, CA  95816

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on August 23, 2002, at Los Angeles, California.

THERESA A. NIXON                    *Theresa A. Nixon*
                                    Signature

DAG Hsieh:tan
LA1998FH0717