BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General
THOMAS C. HSIEH
Deputy Attorney General
State Bar No. 190896
　300 South Spring Street
　Los Angeles, CA 90013
　Telephone: (213) 576-1335
　Fax: (213) 897-6496
Attorneys for Respondent



IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| OMER HARLAND GALLION, | SACV 00-491-PA (JWJ) |
|---|---|
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| GEORGE GALAZA, Warden, | |
| Respondent. | |

Having considered Respondent's Application for Enlargement of Time, and good cause appearing, IT IS HEREBY ORDERED that the Application is GRANTED and that Respondent is granted to and including January 22, 2004, in which to file and serve Objections to the Report and Recommendation.

Presented by: _____
THOMAS C. HSIEH
Deputy Attorney General

DATED: Jan. 7, 2004        _____
HON. JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE

TCH/cd
LA1998FH0717

## DECLARATION OF SERVICE BY MAIL

**Re:  Omer Harland Gallion v. George Galaza, Warden**
     **Case No. SACV 00-491-PA (JWJ); Our File No. LA2003FH0717**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am 18 years of age or older and not a party to the within entitled cause; I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 5, 2004, I placed a copy of the attached

**[PROPOSED] ORDER**

in the internal mail collection system at the Office of the Attorney General, 300 S. Spring Street, Los Angeles, California 90013, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage thereon fully prepaid, addressed as follows:

**Law Offices of C. Roman Rector**
**3102 "O" Street**
**Sacramento, CA 95816**

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on January 5, 2004, Los Angeles, California.

_____
Declarant

TCH/cd