UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SEND

SCANNED

CIVIL MINUTES - GENERAL

Case No.: SACV 00-491 PA

Date: May 11, 2004

Title: Omer Harland Gallion v. George Galaza

DOCKET ENTRY

PRESENT:

HONORABLE PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

C. Kevin Reddick
Deputy Clerk

Not Reported
Court Reporter

Attorneys Present for Plaintiff:
None

Attorneys Present for Defendants:
None

PROCEEDINGS: IN CHAMBERS - COURT ORDER

The court has received unsolicited correspondence from counsel for petitioner inquiring into the status of the magistrate judge's report and recommendation. Local Rule 83-2.11 of the Local Rules of Practice for the United States District Court for the Central District of California is clear that attorneys are to refrain from writing letters to the judge or otherwise communicating with a judge in a pending matter. The letter is ordered returned to counsel and counsel is admonished that any future violations will result in the imposition of sanctions.






Initials of Deputy Clerk

