FREDERICK C. THOMAS 227607
SMITH & CRAVEN, P.L.L.C.
5450 EAST HIGH STREET
SUITE 300
PHOENIX, ARIZONA 85054
VOICE: 480-222-2225
FAX: 480-222-3197
ATTORNEY FOR PETITIONER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (SOUTHERN DIVISION)

| | |
|---|---|
| Omer Harland Gallion | No.: SACV 00-491-PA |
|     Petitioner, | **Motion to Dismiss Petition For Habeas Corpus** |
| v. | |
| George Galaza, Warden | Assigned to Hon. Jeffrey W. Johnson |
|     Respondent. | |

Petitioner, through counsel, requests the Court dismiss the habeas petition filed herein. Counsel for Petitioner was informed by the Clerk of the Court that Petitioner is now deceased; as such his petition is moot.

Respectfully submitted this 2nd day of December 2010.

SMITH & CRAVEN, P.L.L.C.

By:/s/ Frederick C. Thomas 227607 /s/
Frederick C. Thomas, Esq.
Attorney for Petitioner

SMITH & CRAVEN, PLLC
5450 EAST HIGH STREET
SUITE 300
PHOENIX, ARIZONA 85054
480-222-2225 VOICE
480-222-3197 FAX

Gallion v Galaza
000.001

1

Motion to Dismiss
03-Dec-2010

1 | Transmitted this 2nd  day of December 2010 to:

2 | Clerk of Court                                                          E-Filed      ☒
    Central District of California                                          Delivered    ☐
    Southern Division                                                       Faxed        ☐
3 | 411 West Fourth Street                                                  E-Mailed     ☐
    Santa Ana, CA 92701-4516                                                Mailed       ☐

4 | Steven Dean Matthews              Email:                                Delivered    ☐
    Office of the Attorney General    steve.matthews@doj.ca.gov             Faxed        ☐
5 | 300 S. Spring Street                                                    E-Mailed     ☒
    Los Angeles, CA 90013-123                                               Mailed       ☐
6 | Attorney for Respondent

7 | By:  **/s/Frederick C. Thomas**

8 | DOCUMISC:SERVER\DESKTOP\F.THOMAS\DESKTOP\MTN DISMISS GALLION DOCENT3

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

Smith & Craven, PLLC
5450 East High Street
Suite 300
Phoenix, Arizona 85054
480.222.2225 Voice
480.222.3197 Fax

Gallion v Galaza                        2                        Motion to Dismiss
000.001                                                          03-Dec-2010