JS-6

FREDERICK C. THOMAS 227607
SMITH & CRAVEN, P.L.L.C.
5450 EAST HIGH STREET
SUITE 300
PHOENIX, ARIZONA 85054
VOICE: 480-222-2225
FAX: 480-222-3197
ATTORNEY FOR PETITIONER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (SOUTHERN DIVISION)

| | |
|---|---|
| Omer Harland Gallion<br><br>    Petitioner,<br><br>v.<br><br>George Galaza, Warden<br><br>    Respondent. | No.: SACV 00-491-PA<br><br>**Motion to Dismiss Petition For Habeas Corpus**<br><br>ORDER<br><br>Assigned to Hon. Jeffrey W. Johnson |

Petitioner, through counsel, requests the Court dismiss the habeas petition filed herein. Counsel for Petitioner was informed by the Clerk of the Court that Petitioner is now deceased; as such his petition is moot.

Respectfully submitted this 2nd day of December 2010.

SMITH & CRAVEN, P.L.L.C.

By: /s/ Frederick C. Thomas 227607 /s/
    Frederick C. Thomas, Esq.
    Attorney for Petitioner

IT IS SO ORDERED.
DATED: 12/3/10

_____
UNITED STATES DISTRICT JUDGE

SMITH & CRAVEN, PLLC
5450 EAST HIGH STREET
SUITE 300
PHOENIX, ARIZONA 85054
480-222-2225 VOICE
480-222-3197 FAX

Gallion v Galaza                    1                    Motion to Dismiss
000.001                                                  03-Dec-2010